**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| CHARLES RAY HILL, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:18-CV-230 |
| | § | |
| LORIE DAVIS, *et al,* | § | |
| | § | |
| Defendants. | § | |

## <u>ORDER</u>

The Court is in receipt of the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 20, and Plaintiff Charles Ray Hill's ("Hill") Objections to the M&R, Dkt. No. 25.

After independently reviewing the record and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 20. Accordingly, the Court **RETAINS** Plaintiff Charles Ray Hill's ("Hills") equal protection claim against TDCJ Director Lorie Davis ("Davis") in her official capacity for injunctive and declaratory relief. The Court **DISMISSES** the remaining claims and the claims against Defendant White for failure to state a claim and/or as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

SIGNED this 19th day of August 2019.

Hilda Tagle
Senior United States District Judge